UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

**UNITED STATES OF AMERICA**       )
                                   )         CR. No. 05-20156-D
vs.                                )
                                   )
**JOHN MURRAY, JR.,**              )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have John Murray, Jr., R&I: 27881, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, TN 38103, appear before the Honorable Diane K. Vescovo on May 3, 2005 at 3:00 pm for a detention hearing and for such other appearances as this Court may direct.

Respectfully submitted this 2nd day of May, 2005.

_____
Thomas A. Colthurst
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Mark Luttrell, Sheriff/Warden, Shelby County Jail, 201 Poplar Avenue, Memphis, TN 38103.

YOU ARE HEREBY COMMANDED to have John Murray, Jr. appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 2nd day of May, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20156 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT