UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 AM 10: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                  Cr. No. 05-20156-D

JOHN MURRAY, JR.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO RESET REPORT DATE

For good cause shown, the report date in this matter currently set for Thursday, July 21, 2005, is hereby **RESET** for August 25, 2005 at 9:00 A.M.

It is so **ORDERED**, this the 14 day of July, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20156 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT