UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JE_ D.C.

05 AUG 24 PM 12: 36

CLERK US DISTRICT COURT
W/D OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.

JOHN MURRAY, JR.,

    Defendant.

Cr. No. 05-20156-D

## ORDER GRANTING DEFENDANT'S MOTION TO RESET REPORT DATE

For good cause shown, and without objection from the government, the report date in this matter currently set for Thursday, August 25, 2005, is hereby **RESET** for _Final Report September 22,_ 2005.

It is so **ORDERED**, this the _23rd_ day of August, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8/25/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20156 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT