IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) | |
| VS. | ) ) ) | CR. NO. 05-20156-D |
| JOHN MURRAY, JR.<br>    Defendant. | ) ) ) | |

## ORDER ON CHANGE OF PLEA
## AND <u>SETTING</u>

   This cause came on to be heard on November 18, 2005, the United States Attorney for this district, Thomas A. Colthurst, appearing for the Government and the defendant, John Murray, Jr., appearing in person and with counsel, Mary Catherine Jermann, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

   Remaining Counts shall be dismissed at the Sentencing Hearing.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 21, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the 28th day of November, 2005.


                                    BERNICE B. DONALD
                                    UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20156 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT